IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01322-PAB-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

RED HART CONSTRUCTION, INC., and
DANIEL GEARHART,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2008.**

    The Joint Motion to Vacate Scheduling Order and Minute Order Directing Settlement Conference Scheduled for December 4, 2008 [filed December 2, 2008; docket #19], which the Court construes as a request to vacate the upcoming Settlement Conference due to settlement of this matter, is **granted**. The Settlement Conference currently scheduled for December 4, 2008, at 8:00 a.m. is hereby **vacated**. The parties shall file dismissal papers with the Court on or before December 24, 2008.